UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MILLS,<br><br>        Plaintiff,<br><br>  v.<br><br>F E SHELDON et al,<br><br>        Defendant. | Case Number: CV07-02559 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 9, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Mills J-66184
Martinez Detention Facility
901 Court Street
Martinez, CA 94553

Dated: July 9, 2007

                                            Richard W. Wieking, Clerk
                                            By: Anthony Bowser, Deputy Clerk